HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Noa_Oren@fd.org

Attorneys for Defendant
TIMOTHY L. HOLT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-mj-00112-AC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRELIMINARY HEARING AND EXCLUSION OF TIME** |
| v. | |
| TIMOTHY L. HOLT, | Date: August 25, 2017 |
| Defendant. | Time: 2:00 p.m. |
| | Judge: Hon. Deborah Barnes |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jill M. Thomas, Assistant United States Attorney, attorney for Plaintiff, and Noa E. Oren, attorney for Timothy L. Holt, that:

1. The Complaint in this case was filed on June 28, 2017. Defendant appeared before Honorable Allison Claire on June 28, 2017.
2. A preliminary hearing was set for July 12, 2017 at 2:00 p.m. before Magistrate Judge Kendall J. Newman. The parties previously sought, and were granted, a preliminary hearing continuance to August 25, 2017.
3. By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to February 26, 2018, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Stipulation and Order to Continue Preliminary Hearing and Exclusion of Time    -1-    *U.S. v. Timothy Holt,* 2:17-mj-112-AC

The parties stipulate that the delay is required to allow the defense reasonable time for preparation. Defense counsel will be on maternity leave from mid-October through mid-February. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

4. The parties further agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between August 25, 2017, and February 26, 2018, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated: August 14, 2017                HEATHER E. WILLIAMS
                                      Federal Defender

                                      */s/ Noa E. Oren*
                                      NOA E. OREN
                                      Assistant Federal Defender
                                      Attorney for Timothy L. Holt

Dated: August 14, 2017                PHILLIP A. TALBERT
                                      United States Attorney

                                      */s/ Jill M. Thomas*
                                      JILL M. THOMAS
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

# **O R D E R**

The Court has read and considered the Stipulation to Continue the Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on August 15, 2017. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4. The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The preliminary hearing is continued to February 26, 2018, at 2:00 p.m.

2. The time between August 25, 2017, and February 26, 2018, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

3. Defendant shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: August15, 2017

HON. EDMUND F. BRENNAN
United States Magistrate Judge