| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| 2 | Federal Defender<br>NOA EVA OREN, #297100 |
| 3 | Assistant Federal Defender<br>Designated Counsel for Service |
| 4 | 801 I Street, 3rd Floor<br>Sacramento, CA 95814 |
| 5 | Attorneys for Defendant |
| 6 | TIMOTHY HOLT |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY HOLT,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 2:17-MJ-00112-AC-1<br><br>UNOPPOSED REQUEST TO MODIFY CONDITIONS OF PRETRIAL RELEASE; ORDER<br><br>Judge: Hon. Allison Claire |

The defendant, Timothy Holt, through counsel, Assistant Federal Defender Noa E. Oren, respectfully requests that this Court modify the conditions of his pretrial supervision by allowing his pretrial officer the discretion to permit him to exercise at the local gym at locations and times approved in advance by pretrial services.

The Court previously allowed an amendment to his release conditions permitting him to exercise at Anytime Fitness in Susanville, California between the hours of 4:30-6:30 a.m. under the direct supervision of his brother, Caleb Holt, up to three times a week Monday through Friday. (See Doc. 16, condition 21.) Since that time, Mr. Holt's residence has changed. His new pretrial services officer has spoken to him regarding the gym he would like to attend, when he would go and who would accompany him there. Pretrial feels that a more general condition

Motion to Modify Conditions of Release -1-

allowing the officer to approve or disapprove gym visits in advance would allow flexibility for changing circumstances.

Mr. Holt has been in full compliance with the terms of his pretrial release since his release in July 2017. Per the terms of his pretrial release, he attends mental health counseling. Pretrial Services is in agreement with this request. The AUSA has been consulted and has no objection to this request.

DATED: January 12, 2018					Respectfully submitted,

							HEATHER E. WILLIAMS
							Federal Defender

							*/s/ Linda C. Allison for*
							NOA EVA OREN
							Assistant Federal Defender
							Attorneys for Defendant

Motion to Modify Conditions of Release			-2-

## **ORDER**

The Court hereby **orders** that special condition number 21 be changed to read "You may exercise up to three times weekly, Monday through Friday for up to two hours each time under the direct supervision of an adult member of your immediate family at a local gym that has been pre-approved by your Pretrial Services Officer".

Dated: January 22, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Motion to Modify Conditions of Release -3-